Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Agua Viva Ranch, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3 – 4 4 8 4 2 4 8** |

**4. Debtor's address**

**Principal place of business**

**11201 County Road 210**
Number          Street

**Bertram, TX 78605-2010**
City                                State      ZIP Code

**Burnet**
County

**Mailing address, if different from principal place of business**

Number          Street

City                                State      ZIP Code

**Location of principal assets, if different from principal place of business**

**4450 TX-29 Bldg. 2 Ste. 1**
Number          Street

**Bertram, TX 78605**
City                                State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2   3   8   9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

         District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                                      MM / DD / YYYY

         Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

       Number        Street

_____

_____

       City               State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/19/2025**_____
             MM/ DD/ YYYY

**X** **/s/ Jeremy Curry**_____          **Jeremy Curry**_____
Signature of authorized representative of debtor                    Printed name

Title   _____**CEO**_____

**18. Signature of attorney**

**X** _____**/s/ Robert C Lane**_____   Date **06/19/2025**_____
Signature of attorney for debtor                        MM/ DD/ YYYY

**Robert C Lane**_____
Printed name

**The Lane Law Firm**_____
Firm name

**6200 Savoy Dr Ste 1150**_____
Number      Street

**Houston**_____   **TX**_____   **77036-3369**_____
City                              State          ZIP Code

**(713) 595-8200**_____   **notifications@lanelaw.com**_____
Contact phone                          Email address

**24046263**_____   **TX**_____
Bar number                          State

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---:|
| a. Total assets | **$1,535,699.94** |
| b. Total debts (including debts listed in 2.c., below) | **$1,861,515.58** |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐　unsecured ☐　subordinated ☐　_____　_____

secured ☐　unsecured ☐　subordinated ☐　_____　_____

secured ☐　unsecured ☐　subordinated ☐　_____　_____

secured ☐　unsecured ☐　subordinated ☐　_____　_____

secured ☐　unsecured ☐　subordinated ☐　_____　_____

d. Number of shares of preferred stock　_____

e. Number of shares common stock　_____

Comments, if any: _____
_____

3. Brief description of debtor's business _____Holding Company_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## █   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/19/2025**      **X** **/s/ Jeremy Curry**
        MM/   DD/   YYYY           Signature of individual signing on behalf of debtor

                                    **Jeremy Curry**
                                    Printed name

                                    **CEO**
                                    Position or relationship to debtor

Debtor name **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Titan Enviromental USA LLC 18900 Ceila Way New Caney, TX 77357-2256 | | | | | | $95,443.42 |
| 2 | Zaxis Financial Services Americas, LLC Po Box 713428 Chicago, IL 60677-4328 | | UCC | | $265,000.00 | $170,000.00 | $95,000.00 |
| 3 | Oscar Strother Simpson III 1250 County Road 208 Voca, TX 76887-5321 | | | Contingent | | | $85,773.00 |
| 4 | PNC Bank P.O Box 71335 Philadelphia, PA 19176-1335 | | UCC | | $77,200.04 | $72,600.00 | $77,200.04 |
| 5 | PNC Bank P.O Box 71335 Philadelphia, PA 19176-1335 | | UCC | | $326,488.59 | $280,000.00 | $46,488.59 |
| 6 | CNH Capital PO Box 33600 Lancaster, PA 17604 | | UCC | | $106,406.50 | $61,000.00 | $45,406.50 |
| 7 | Auxilior Capital PO Box 7410520 Chicago, IL 60674-0520 | | UCC | | $159,300.00 | $120,000.00 | $39,300.00 |
| 8 | Kubota Credit Corp. 4400 Amon Carter Blvd Ste 100 Fort Worth, TX 76155 | | UCC | | $80,484.70 | $45,000.00 | $35,484.70 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | First Business Specialty Finance LLC<br>401 Charmany Dr<br>Madison, WI 53719 | | UCC | | $51,320.76 | $25,000.00 | $26,320.76 |
| 10 | First Citizens Bank & Trust<br>PO Box 593007<br>San Antonio, TX 78259 | | | | $26,980.38 | $2,000.00 | $24,980.38 |
| 11 | Caterpillar Financial Services Corp.<br>2120 West End Ave<br>Nashville, TN 37203-5251 | | UCC | | $119,237.71 | $96,000.00 | $23,237.71 |
| 12 | First Citizens Bank & Trust<br>PO Box 593007<br>San Antonio, TX 78259 | | | | $40,866.38 | $19,000.00 | $21,866.38 |
| 13 | Caterpillar Financial Services Corp.<br>2120 West End Ave<br>Nashville, TN 37203-5251 | | UCC | | $72,868.06 | $55,000.00 | $17,868.06 |
| 14 | Ally<br>P.O. Box 660371<br>Dallas, TX 75266 | | | | $21,388.56 | $4,000.00 | $17,388.56 |
| 15 | First Citizens Bank & Trust<br>PO Box 593007<br>San Antonio, TX 78259 | | | | $36,085.57 | $20,000.00 | $16,085.57 |
| 16 | First Citizens Bank & Trust<br>PO Box 593007<br>San Antonio, TX 78259 | | | | $15,633.13 | $6,500.00 | $9,133.13 |
| 17 | Tex-Con Oil Company<br>Po Box 18463<br>Austin, TX 78760-8463 | | | | | | $9,044.60 |
| 18 | First Citizens Bank & Trust<br>PO Box 593007<br>San Antonio, TX 78259 | | | | $25,827.00 | $20,000.00 | $5,827.00 |
| 19 | PNC Bank<br>P.O Box 71335<br>Philadelphia, PA 19176-1335 | | UCC | | $69,456.15 | $65,900.00 | $3,556.15 |
| 20 | Ally<br>P.O. Box 660371<br>Dallas, TX 75266 | | | | $16,712.06 | $15,000.00 | $1,712.06 |

Fill in this information to identify the case:

Debtor Name  **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **R Bank** | **Checking account** | **5  3  0  2** | **$30.44** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$30.44**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

7.2 _____     _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1 _____     _____

      8.2 _____     _____

9.    **Total of Part 2**                                         ┌─────────────┐
                                                                  │             │
      Add lines 7 through 8. Copy the total to line 81.           └─────────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                  **Current value of
                                                                  debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:   _____ - _____  =..... ➜     _____
                                  face amount      doubtful or uncollectible accounts

      11b. Over 90 days old:      _____ - _____  =..... ➜     _____
                                  face amount      doubtful or uncollectible accounts

12.   **Total of Part 3**                                         ┌─────────────┐
                                                                  │             │
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.   └─────────────┘

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                  **Valuation method used     Current value of
                                                  for current value           debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1 _____     _____     _____

      14.2 _____     _____     _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                 % of
                                                      ownership:

      15.1. _____     _____     _____     _____

      15.2. _____     _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____   _____

16.2 _____     _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                          | _____ |

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                          | _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

| 27. | Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)? | | | |
|---|---|---|---|---|
| | ☑ No. Go to Part 7. | | | |
| | ☐ Yes. Fill in the information below. | | | |
| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |

| 33. | **Total of Part 6** | | | |
|---|---|---|---|---|
| | Add lines 28 through 32. Copy the total to line 85. | | | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|     **Laptops (3)** | unknown | | $650.00 |
|     **PC Monitor** | unknown | | $400.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|     42.1 | | | |
|     42.2 | | | |
|     42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$1,050.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   47.1 **Freightliner (Blue) / VIN: 6665** | $11,000.00 | | $11,000.00 |
|   47.2 **Sterling Dump Truck / VIN: 5330** | $2,000.00 | | $2,000.00 |
|   47.3 **2020 RAM 3500 Chassis / VIN: 9624** | $15,000.00 | | $15,000.00 |

| | | |
|---|---|---|
| 47.4 **2020 RAM 2500 Limited / VIN: 2094** | $20,000.00 | $20,000.00 |
| 47.5 **2019 RAM 5500 Chassis / VIN: 1964** | $14,000.00 | $14,000.00 |
| 47.6 **2020 Ram 150 / VIN: 3549** | $4,000.00 | $4,000.00 |
| 47.7 **2015 Ram Truck 1500 / VIN: 4492** | $4,000.00 | $4,000.00 |
| 47.8 **2022 Chevrolet Colorado / VIN: 0036** | $19,000.00 | $19,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | |
|---|---|---|
| 48.1 **2022 Continental Tool Trailer / VIN: 6431** | $6,500.00 | $6,500.00 |
| 48.2 **FAE STC150 ROCK MILLER** | $20,000.00 | $20,000.00 |
| 48.3 **2023 Viking 35 Ton Lowboy / VIN: 2315** | $25,000.00 | $25,000.00 |
| 48.4 **Diamond C Goose / VIN: 9086** | $18,000.00 | $18,000.00 |
| 48.5 **2021 Load Trailer Low-Pro Gooseneck / VIN: 5969** | $16,000.00 | $16,000.00 |
| 48.6 **2022 Load Trailer** | $20,000.00 | $20,000.00 |
| 48.7 **Texas Pride 20' Bumper Pull Trailer** | $1,724.50 | $1,724.50 |
| 48.8 **9 yd Dump Bed Trailer** | $3,500.00 | $3,500.00 |
| 48.9 **Enclosed Trailers (2)** | $16,000.00 | $16,000.00 |

49. **Aircraft and accessories**

| | | |
|---|---|---|
| 49.1 | | |
| 49.2 | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **John Deere 333G Compact Track Loader / VIN: 5193** | $35,000.00 | $35,000.00 |
| **John Deere 333G Compact Track Loader / VIN: 2346** | $35,000.00 | $35,000.00 |
| **John Deere 333G Compact Track Loader / VIN: 1771** | $35,000.00 | $35,000.00 |
| **John Deere 60G Excavator / VIN: 1901** | $45,000.00 | $45,000.00 |
| **John Deere GR84 Grapple / VIN: 0299** | $7,095.00 | $7,095.00 |
| **John Deere T213 Pallet Forks / VIN: 0979** | $1,000.00 | $1,000.00 |
| **CAT 313 FL Excavator / VIN: 0843** | $75,000.00 | $75,000.00 |
| **CAT 308CR / VIN: 6843** | $71,000.00 | $71,000.00 |
| **CAT B8 Hydrolic Hammer / VIN: 6322** | $25,000.00 | $25,000.00 |
| **CAT 299 D3 Compact Track Loader / VIN: 8680** | $55,000.00 | $55,000.00 |
| **Doosan DD130 Bull Dozer / VIN: 0055** | $140,000.00 | $140,000.00 |
| **Doosan DD130 Dozer / VIN: 0051** | $140,000.00 | $140,000.00 |

| | | |
|---|---|---|
| **Doosan DX170LC-5 Excavator / VIN: 1673** | $120,000.00 | $120,000.00 |
| **Doosan DX 63 Excavator / VIN: 1015** | $58,000.00 | $58,000.00 |
| **Doosan Hydrolic Thumb / VIN: 435-1** | $3,600.00 | $3,600.00 |
| **Doosan Hydrolic Coupling Attachment / VIN: 8505** | $500.00 | $500.00 |
| **Doosan Hydrolic HD Bucket / VIN: 3446** | $500.00 | $500.00 |
| **Doosan Ditch Cleaning Bucket / VIN: 6200** | $500.00 | $500.00 |
| **Doosan Trash Pump / VIN: 0131** | $9,500.00 | $9,500.00 |
| **Bobcat T76 Skid Steer / VIN: 6692** | $65,000.00 | $65,000.00 |
| **Bobcat Heavy Duty Bucket / VIN: 7361** | $900.00 | $900.00 |
| **Hitachi 210 Excavator / VIN: 0507** | $170,000.00 | $170,000.00 |
| **Case TV450 Skidsteer / VIN: 3368** | $61,000.00 | $61,000.00 |
| **Kubota Skid Steer (SVL97-2) / VIN: 3043** | $45,000.00 | $45,000.00 |
| **Kubota UTV (RTVXG850RLA22) / VIN: 2285** | $5,000.00 | $5,000.00 |
| **Kubota Loader (LA1065A) / VIN: 5623** | $40,000.00 | $40,000.00 |
| **Kubota Brush Hog** | $8,900.00 | $8,900.00 |
| **CAT 308 Mulch Head / VIN: 1002** | $17,500.00 | $17,500.00 |
| **Spreader Bar** | $1,900.00 | $1,900.00 |
| **2" water pump + attachments / VIN: 1126** | $500.00 | $500.00 |
| **2" water pump + attachments** | $1,500.00 | $1,500.00 |
| **Kubota Tractor (MX6000) / VIN: 8005** | $45,000.00 | $45,000.00 |

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.          $1,534,619.50

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** _____ | _____ | _____ | _____ |
| **61.  Internet domain names and websites** _____ | _____ | _____ | _____ |
| **62.  Licenses, franchises, and royalties** _____ | _____ | _____ | _____ |
| **63.  Customer lists, mailing lists, or other compilations** _____ | _____ | _____ | _____ |
| **64.  Other intangibles, or intellectual property** _____ | _____ | _____ | _____ |

65. **Goodwill**

_____  _____  _____  _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                    ┌─────────────┐
                                                                       │ _____ │
                                                                       └─────────────┘

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = ➡ _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

_____  _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

**Nature of claim**  _____

**Amount requested**  _____

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | _____ | _____ |
| | **Nature of claim**    _____ | |
| | **Amount requested**    _____ | |
| 76. | **Trusts, equitable or future interests in property** | |
| | _____ | _____ |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | _____ | _____ |
| | _____ | _____ |
| 78. | **Total of Part 11** <br> Add lines 71 through 77. Copy the total to line 90. | $\boxed{\phantom{XXXXXX}}$ |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,534,619.50 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $1,535,699.94 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $1,535,699.94 |

Fill in this information to identify the case:

Debtor name    **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____

(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** **Creditor's name** | | | |
| --- | --- | --- | --- |
| **Ally** | **Describe debtor's property that is subject to a lien** | | |
| | 2020 RAM 3500 Chassis | $16,712.06 | $15,000.00 |
| **Creditor's mailing address** | **Describe the lien** | | |
| P.O. Box 660371 | _____ | | |
| Dallas, TX 75266 | **Is the creditor an insider or related party?** | | |
| **Creditor's email address, if known** | ☑ No | | |
| | ☐ Yes | | |
| _____ | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** 10/20/2020 | ☑ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** 4 9 3 3 | **As of the petition filing date, the claim is:** | | |
| | Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| ☑ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |
| _____ | | | |
| _____ | | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,671,254.56

Debtor **Agua Viva Ranch, LLC**  Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** Creditor's name

**Ally**

**Creditor's mailing address**

P.O. Box 660371

Dallas, TX 75266

**Creditor's email address, if known**

_____

Date debt was incurred   **01/30/2021**

Last 4 digits of account number   **4  8  9  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 RAM 5500 Chassis

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$14,422.15**        **$14,000.00**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3  Creditor's name**
__Ally__

**Describe debtor's property that is subject to a lien**
2020 Ram 150

$2,298.66          $4,000.00

**Creditor's mailing address**
__P.O. Box 660371__

__Dallas, TX 75266__

**Describe the lien**

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     __06/11/2022__

**Last 4 digits of account number**   __5__ __9__ __3__ __5__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** Creditor's name

**Ally**

**Creditor's mailing address**

**P.O. Box 660371**

**Dallas, TX 75266**

**Creditor's email address, if known**

_____

Date debt was incurred     **09/06/2023**

Last 4 digits of account     **3   0   7   2**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Ram Truck 1500           **$21,388.56**       **$4,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** Creditor's name

**Ascentium Capital**

Creditor's mailing address

**aka Regions Bank**

**23970 US-59**

**Kingwood, TX 77339**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    **1  5  4  5**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2021 Load Trailer Low-Pro Gooseneck

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$1,939.51**

Column B: **$16,000.00**

| **Part 1:**    Additional Page | *Column A* | *Column B* |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.6**   **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| **Auxilior Capital** | Doosan DX170LC-5 Excavator | $159,300.00 | $120,000.00 |

**Creditor's mailing address**

PO Box 7410520

Chicago, IL 60674-0520

**Creditor's email address, if known**

_____

Date debt was incurred    __08/11/2023__

Last 4 digits of account    _7_ _3_ _4_ _1_
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

   **UCC**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Agua Viva Ranch, LLC**                                  Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

**Caterpillar Financial Services Corp.**

**Creditor's mailing address**

**2120 West End Ave**

**Nashville, TN 37203-5251**

**Creditor's email address, if known**

_____

**Date debt was incurred**          **03/29/2022**

**Last 4 digits of account number**     **7  4  5  3**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
CAT 313 FL Excavator

**Describe the lien**
  **UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$54,177.03**          **$75,000.00**

| **Part 1:** | Additional Page | *Column A* | *Column B* |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Caterpillar Financial Services Corp.**

**Describe debtor's property that is subject to a lien**
CAT 308CR , CAT B8 Hydrolic Hammer

$119,237.71    $96,000.00

**Describe the lien**
**UCC**

**Creditor's mailing address**

**2120 West End Ave**

**Nashville, TN 37203-5251**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    **12/02/2022**

**Last 4 digits of account number**    **3  3  5  8**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Caterpillar Financial Services Corp.**

**Creditor's mailing address**

**2120 West End Ave**

**Nashville, TN 37203-5251**

**Creditor's email address, if known**
_____

**Date debt was incurred**     **11/30/2022**

**Last 4 digits of account number**     **4  0  6  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

CAT 299 D3 Compact Track Loader

**Describe the lien**

  **UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$72,868.06**

Column B: **$55,000.00**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.10** Creditor's name

**CNH Capital**

**Creditor's mailing address**

**PO Box 33600**

**Lancaster, PA 17604**

**Creditor's email address, if known**

_____

Date debt was incurred     __03/31/2025__

Last 4 digits of account
number                     ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Case TV450 Skidsteer

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$106,406.50

$61,000.00

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**First Business Specialty Finance LLC**

**Creditor's mailing address**

**401 Charmany Dr**

**Madison, WI 53719**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Viking 35 Ton Lowboy

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,320.76

$25,000.00

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.12** Creditor's name

__First Citizens Bank & Trust__

Describe debtor's property that is subject to a lien
2022 Continental Tool Trailer

$15,633.13        $6,500.00

Creditor's mailing address

__PO Box 593007__

__San Antonio, TX 78259__

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

_____

☑ No
☐ Yes

Date debt was incurred       __04/14/2022__

Is anyone else liable on this claim?

☐ No

Last 4 digits of account       __0   0   0   0__
number

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the relative priority?

☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

**First Citizens Bank & Trust**

**Creditor's mailing address**

**PO Box 593007**

**San Antonio, TX 78259**

**Creditor's email address, if known**

_____

Date debt was incurred     05/27/2022

Last 4 digits of account     4 0 0 0
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
FAE STC150 ROCK MILLER

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$25,827.00          $20,000.00

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.14 Creditor's name**

**First Citizens Bank & Trust**

**Describe debtor's property that is subject to a lien**
Sterling Dump Truck

$26,980.38          $2,000.00

**Creditor's mailing address**

**PO Box 593007**

**San Antonio, TX 78259**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    05/26/2022

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    0  0  0  0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.15 Creditor's name**

**First Citizens Bank & Trust**

**Creditor's mailing address**

**PO Box 593007**

**San Antonio, TX 78259**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **05/04/2022**

**Last 4 digits of account number**   **4 0 0 0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 RAM 2500 Limited

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$36,085.57**     **$20,000.00**

| Debtor | **Agua Viva Ranch, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16**

**Creditor's name**

**First Citizens Bank & Trust**

**Describe debtor's property that is subject to a lien**

2022 Chevrolet Colorado

**$40,866.38**          **$19,000.00**

**Creditor's mailing address**

**PO Box 593007**

**San Antonio, TX 78259**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      04/23/2024

**Last 4 digits of account number**      8   0   0   0

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17** Creditor's name

__John Deere Financial__

Creditor's mailing address

__Po Box 6600__

__Johnston, IA 50131-6600__

Creditor's email address, if known

_____

Date debt was incurred    __12/30/2020__

Last 4 digits of account    __3   0   5   4__
number

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Have you already specified the
  relative priority?

   ☐ No.  Specify each creditor, including
          this creditor, and its relative
          priority.

          _____
          _____

   ☐ Yes. The relative priority of creditors
          is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere 333G Compact Track Loader , John Deere
T213 Pallet Forks, John Deere GR84 Grapple

**Describe the lien**

__UCC__

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$14,619.16**

Column B: **$43,095.00**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.18**  **Creditor's name**

**John Deere Financial**

**Creditor's mailing address**

**Po Box 6600**

**Johnston, IA 50131-6600**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **07/07/2020**

**Last 4 digits of account number**    **7   2   6   0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

John Deere 333G Compact Track Loader    **$7,871.58**    **$35,000.00**

**Describe the lien**

**UCC**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Agua Viva Ranch, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**

**John Deere Financial**

**Creditor's mailing address**

**Po Box 6600**

**Johnston, IA 50131-6600**

**Creditor's email address, if known**

_____

**Date debt was incurred**     **2024**

**Last 4 digits of account**    **1**   **4**   **0**   **0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
John Deere 333G Compact Track Loader     **$14,784.94**     **$35,000.00**

**Describe the lien**

  **UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---------|----------------|----------|----------|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** **Creditor's name**

**John Deere Financial**

**Creditor's mailing address**

**Po Box 6600**

**Johnston, IA 50131-6600**

**Creditor's email address, if known**

_____

Date debt was incurred    **11/30/2020**

Last 4 digits of account    **5   4   6   1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
John Deere 60G Excavator

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,760.78**          **$45,000.00**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.21** Creditor's name

__Kubota Credit Corp.__

**Describe debtor's property that is subject to a lien**
Kubota Skid Steer (SVL97-2)

$80,484.70          $45,000.00

**Creditor's mailing address**

__4400 Amon Carter Blvd Ste 100__

__Fort Worth, TX 76155__

**Describe the lien**
__UCC__

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    1  4  4  4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.22** **Creditor's name**

__Kubota Credit Corp.__

**Creditor's mailing address**

__4400 Amon Carter Blvd Ste 100__

__Fort Worth, TX 76155__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __9__ __1__ __3__ __4__
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Kubota UTV (RTVXG850RLA22)

**Describe the lien**

__UCC__

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$5,509.86**      Column B: **$5,000.00**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.23** Creditor's name

**Kubota Credit Corp.**

**Creditor's mailing address**

**4400 Amon Carter Blvd Ste 100**

**Fort Worth, TX 76155**

**Creditor's email address, if known**

_____

Date debt was incurred     **05/25/2022**

Last 4 digits of account     **6  1  1  4**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kubota Tractor (MX6000)

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$23,983.50**     **$45,000.00**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.24** Creditor's name

**Kubota Credit Corporation USA**

Creditor's mailing address

**Po Box 559**

**Carol Stream, IL 60132-0559**

Creditor's email address, if known

_____

Date debt was incurred     **08/08/2022**

Last 4 digits of account number     **3  2  5  8**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Kubota Loader (LA1065A)

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $3,631.80

**Value of collateral:** $40,000.00

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.25**   **Creditor's name**

**PNC Bank**

**Creditor's mailing address**

**P.O Box 71335**

**Philadelphia, PA 19176-1335**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **03/15/2024**

**Last 4 digits of account number**    **8 1 9 2**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Doosan DD130 Dozer, Doosan DD130 Bull Dozer

**$326,488.59**      **$280,000.00**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Agua Viva Ranch, LLC** | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---------|-----------------|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.26** Creditor's name

**PNC Bank**

Creditor's mailing address

**P.O Box 71335**

**Philadelphia, PA 19176-1335**

Creditor's email address, if known

_____

Date debt was incurred ____ **02/01/2024**

Last 4 digits of account **7 0 1 9**
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative
      priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors
      is specified on lines _____

Describe debtor's property that is subject to a lien

Doosan DX 63 Excavator, Doosan Hydrolic Thumb,
Doosan Hydrolic Coupling Attachment, Doosan Hydrolic
HD Bucket, Doosan Ditch Cleaning Bucket, Doosan
Trash Pump

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $77,200.04 | $72,600.00 |
|--|------------|------------|

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:**   Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.27**   **Creditor's name**

**PNC Bank**

**Creditor's mailing address**

**P.O Box 71335**

**Philadelphia, PA 19176-1335**

**Creditor's email address, if known**

_____

**Date debt was incurred**     12/15/2024

**Last 4 digits of account**    8   2   8   1
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bobcat T76 Skid Steer, Bobcat Heavy Duty Bucket     **$69,456.15**     **$65,900.00**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.28 Creditor's name**

**Sandhills Global**

**Creditor's mailing address**

**131 W Grand Dr**

**Lincoln, NE 68521-4414**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Diamond C Goose

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**                    **$18,000.00**

Debtor __Agua Viva Ranch, LLC__          Case number (if known) _____

Name

| Part 1: | Additional Page |

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* | *Value of collateral* |
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value | **that supports this** |
| | of collateral. | **claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.29** **Creditor's name**

__Secured Lenders Solution__

**Describe debtor's property that is subject to a lien**

_____          **unknown**          **unknown**

_____

**Creditor's mailing address**

__P.O. BOX 2576__

_____

__Springfield, IL 62708__

**Describe the lien**

__UCC__

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Unknown creditor

Debtor **Agua Viva Ranch, LLC**                                    Case number (if known) _____
　　　　Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.30** **Creditor's name**

**Wacker Neuson Finance**

**Creditor's mailing address**

**625 1st St Se Ste 800**

**Cedar Rapids, IA 52401-2031**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **unknown**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Part 1:** Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31 Creditor's name**

**Zaxis Financial Services Americas, LLC**

**Creditor's mailing address**

**Po Box 713428**

**Chicago, IL 60677-4328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** 0 0 0 0
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Hitachi 210 Excavator

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $265,000.00 | $170,000.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PNC Bank, National Association**<br><br>**Po Box 747066**<br><br>**Pittsburgh, PA 15274-7066** | Line 2. _31_ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Debtor name      **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)**

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address** <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Oscar Strother Simpson III**

**1250 County Road 208**

**Voca, TX 76887-5321**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$85,773.00

---

**3.2**   Nonpriority creditor's name and mailing address

**Tex-Con Oil Company**

**Po Box 18463**

**Austin, TX 78760-8463**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,044.60

---

**3.3**   Nonpriority creditor's name and mailing address

**Titan Enviromental USA LLC**

**18900 Ceila Way**

**New Caney, TX 77357-2256**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$95,443.42

---

**3.4**   Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Kelly Hart & Hallman LLP**<br><br>**201 Main St Ste 2500**<br><br>**Fort Worth, TX 76102-3129** | Line **3.1**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | $0.00 |
| 5b.   **Total claims from Part 2** | 5b.  **+** | $190,261.02 |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $190,261.02 |

Debtor name     **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the: _____**Western**_____     District of _____**Texas**_____
(State)

Case number (If known): _____     Chapter     **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor name **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** **Andrea Curry** | **11201 County Road 210** <br> Street <br><br> **Bertram, TX 78605-2010** <br> City  State  ZIP Code | **First Citizens Bank & Trust** | ☑ D ☐ E/F ☐ G |
| | | **Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| **2.2** **Jeremy Curry** | **11201 County Road 210** <br> Street <br><br> **Bertram, TX 78605-2010** <br> City  State  ZIP Code | **Kubota Credit Corp.** | ☑ D ☐ E/F ☐ G |
| | | **Auxilior Capital** | ☑ D ☐ E/F ☐ G |
| | | **Kubota Credit Corp.** | ☑ D ☐ E/F ☐ G |
| | | **Ascentium Capital** | ☑ D ☐ E/F ☐ G |
| **2.3** **Texas Star Land Works, LLC** | **11201 County Road 210** <br> Street <br><br> **Bertram, TX 78605-2010** <br> City  State  ZIP Code | **Oscar Strother Simpson III** | ☐ D ☑ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name      **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____    Chapter    __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*........................................................................................

| **$0.00** |
|---|

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*....................................................................................

| **$1,535,699.94** |
|---|

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*......................................................................................

| **$1,535,699.94** |
|---|

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| **$1,671,254.56** |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

| **$0.00** |
|---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| +    **$190,261.02** |
|---|

4. **Total liabilities**.................................................................................................................

   Lines 2 + 3a + 3b

| **$1,861,515.58** |
|---|

Fill in this information to identify the case:

Debtor name     **Agua Viva Ranch, LLC**

United States Bankruptcy Court for the:

    **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1.**   **Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to Filing date <br> MM/ DD/ YYYY | ☐ Operating a business <br> ☐ Other _____ | |
| **For prior year:**   From **01/01/2024** to **12/31/2024** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business <br> ☐ Other _____ | |
| **For the year before that:**   From **01/01/2023** to **12/31/2023** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business <br> ☐ Other _____ | |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to Filing date <br> MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2024** to **12/31/2024** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2023** to **12/31/2023** <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Ally** <br> Creditor's name <br> **P.O. Box 660371** <br> Street <br><br> **Dallas, TX 75266** <br> City          State     ZIP Code | | **$12,186.24** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2.** **Ewald Kubota Inc.** <br> Creditor's name <br> **PO Box 1287 71E** <br> Street <br><br> **Seguin, TX 78156** <br> City          State     ZIP Code | | **$8,415.79** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.3.** **PNC Bank** <br> Creditor's name <br> **655 Business Center Drive** <br> Street <br><br> **Horsham, PA 19044** <br> City          State     ZIP Code | | **$20,266.88** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.4.** **Intuit** <br> Creditor's name <br> **5858 Westheimer Rd. Suite 5000** <br> Street <br><br> **Houston, TX 77057** <br> City          State     ZIP Code | | **$10,774.35** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.5.** **First Citizens Bank & Trust** <br> Creditor's name <br> **PO Box 593007** <br> Street <br><br> **San Antonio, TX 78259** <br> City          State     ZIP Code | | **$9,027.92** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ <br> _____ <br> _____ | _____ | _____ <br> _____ <br> _____ |

| Relationship to debtor |
|---|
| _____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ | _____ | _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ <br> XXXX– __ __ __ __ | _____ | _____ |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|---------------|-----------------------------------|----------------|
| | Oscar Strother Simpson III and Maryfrances Simpson | Breach of contract. | 452nd McCulloch County District Court <br> Name <br> **Po Box 1580** <br> Street <br><br> **Mason, TX 76856-1580** <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 2024084 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name <br><br> Street <br><br> City   State   ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br> Street <br><br> City   State   ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name <br><br> Street <br><br> City   State   ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

| Debtor | Agua Viva Ranch, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm** | **Attorney's Fees** | **04/29/2025** | **$2,500.00** |
| Address | **Attorney's Fees** | **05/09/2025** | **$5,000.00** |
| **6200 Savoy Suite 1150** <br> Street | **Attorney's Fees** | **05/30/2025** | **$15,000.00** |
| _____ | **Attorney's Fee** | **06/09/2025** | **$12,500.00** |
| **Houston, TX 77036** <br> City    State    ZIP Code | | | |
| Email or website address | | | |
| _____ | | | |
| Who made the payment, if not debtor? | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Trustee | | | |
| _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |
| Street |
| |
| City      State    ZIP Code |

| Relationship to debtor |
|---|
| |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br> City      State    ZIP Code | From _____ To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ _____ City          State     ZIP Code | XXXX– _ _ _ _ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | Agua Viva Ranch, LLC | Case number *(if known)* _____ |
|---|---|---|

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State     ZIP Code | _____<br><br>_____ | EIN:  _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Peerless CFO Services**<br>Name<br>**2170 Buckthorne Pl #400**<br>Street<br><br>**Spring, TX 77380**<br>City        State     ZIP Code | From **01/01/2023**  To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State     ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State     ZIP Code | _____<br><br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City                    State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City                    State            ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Curry | 11201 County Road 210 Bertram, TX 78605-2010 | Owner, | 50.00% |
| Andrea Curry | 11201 County Road 210 Bertram, TX 78605-2010 | Owner, | 50.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____

    Name

    Street

    _____

    City      State    ZIP Code

| Relationship to debtor |
|---|

_____

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/19/2025**

        MM/ DD/ YYYY

**X** **/s/ Jeremy Curry**        Printed name        **Jeremy Curry**

    Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

# United States Bankruptcy Court
## Western District of Texas

**In re**    Agua Viva Ranch, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................   **$35,000.00**

Prior to the filing of this statement I have received ............................................................................   **$35,000.00**

Balance Due ..........................................................................................................................................   **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**06/19/2025**                                        **/s/ Robert C Lane**

*Date*                                                Robert C Lane
                                                     *Signature of Attorney*

                                                     Bar Number: 24046263
                                                     The Lane Law Firm
                                                     6200 Savoy Dr Ste 1150
                                                     Houston, TX 77036-3369
                                                     Phone: (713) 595-8200
                                                     Fax: (713) 595-8201

                                                     **The Lane Law Firm**

                                                     *Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Agua Viva Ranch, LLC**                                    CASE NO

                                                                  CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____**06/19/2025**_____     Signature _____**/s/ Jeremy Curry**_____

Jeremy Curry, CEO

AGUA VIVA RANCH, LLC
11201 COUNTY ROAD 210 STE 1
BERTRAM, TX 78605-2010


ALLY
P.O. BOX 660371
DALLAS, TX 75266


ANDREA CURRY
11201 COUNTY ROAD 210
BERTRAM, TX 78605-2010


ASCENTIUM CAPITAL
AKA REGIONS BANK
23970 US-59
KINGWOOD, TX 77339


AUXILIOR CAPITAL
PO BOX 7410520
CHICAGO, IL 60674-0520


CATERPILLAR FINANCIAL
SERVICES CORP.
2120 WEST END AVE
NASHVILLE, TN 37203-5251


CNH CAPITAL
PO BOX 33600
LANCASTER, PA 17604


FIRST BUSINESS SPECIALTY
FINANCE LLC
401 CHARMANY DR
MADISON, WI 53719

**FIRST CITIZENS BANK & TRUST**
PO BOX 593007
SAN ANTONIO, TX 78259

**JEREMY CURRY**
11201 COUNTY ROAD 210
BERTRAM, TX 78605-2010

**JOHN DEERE FINANCIAL**
PO BOX 6600
JOHNSTON, IA 50131-6600

**KELLY HART & HALLMAN LLP**
201 MAIN ST STE 2500
FORT WORTH, TX 76102-3129

**KUBOTA CREDIT CORP.**
4400 AMON CARTER BLVD STE 100
FORT WORTH, TX 76155

**KUBOTA CREDIT CORPORATION USA**
PO BOX 559
CAROL STREAM, IL 60132-0559

**OSCAR STROTHER SIMPSON III**
1250 COUNTY ROAD 208
VOCA, TX 76887-5321

**PNC BANK**
P.O BOX 71335
PHILADELPHIA, PA 19176-1335

PNC BANK, NATIONAL
ASSOCIATION
PO BOX 747066
PITTSBURGH, PA 15274-7066


SANDHILLS GLOBAL
131 W GRAND DR
LINCOLN, NE 68521-4414


SECURED LENDERS SOLUTION
P.O. BOX 2576
SPRINGFIELD, IL 62708


TEXAS STAR LAND WORKS,
LLC
11201 COUNTY ROAD 210
BERTRAM, TX 78605-2010


TEX-CON OIL COMPANY
PO BOX 18463
AUSTIN, TX 78760-8463


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


TITAN ENVIROMENTAL USA
LLC
18900 CEILA WAY
NEW CANEY, TX 77357-2256


WACKER NEUSON FINANCE
625 1ST ST SE STE 800
CEDAR RAPIDS, IA 52401-2031

ZAXIS FINANCIAL SERVICES
AMERICAS, LLC
PO BOX 713428
CHICAGO, IL 60677-4328