**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

---------------------------------------------------------------------x
In re:                                            §     Chapter 11
                                                  §
AGUA VIVA RANCH, LLC,                             §
                                                  §     Case No. 25-10927 (SMR)
    Debtor (filed 06/19/2025).                    §
                                                  §
Employer's Tax Identification No.: 83-4484248     §
---------------------------------------------------------------------x
In re:                                            §     Chapter 11
                                                  §
TEXAS STAR LAND WORKS, LLC,                       §     Case No. 25-10928 (SMR)
                                                  §
    Debtor.                                       §
                                                  §
Employer's Tax Identification No.: 85-1932147     §
---------------------------------------------------------------------x

## ORDER GRANTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 SUB V CASES
### (Docket No. 2)

On June 19, 2025 the Debtor filed a motion entitled Motion of the Debtors for Entry of an Order Directing Joint Administration of their Chapter 11 Sub V Cases in the above styled and

1

numbered chapter 11 cases seeking joint administration of such cases ("Motions"). The Court finds that notice was proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in any such response was denied for the reasons stated on the record and further finds that the relief requested in the Motions should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the chapter 11 cases of AGUA VIVA RANCH, LLC and TEXAS STAR LAND WORKS, LLC be jointly administered in accordance with the terms of this Order, as follows:

(1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(2) AGUA VIVA RANCH, LLC and TEXAS STAR LAND WORKS, LLC are to be jointly administered under Case No. 25-10927;

(3) Judge Robinson shall preside over these jointly administered cases;

(4) The joint caption of the AGUA VIVA RANCH, LLC and TEXAS STAR LAND WORKS, LLC cases shall read as shown in attached Exhibit A.

(5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of AGUA VIVA RANCH, LLC, CASE NO. 25-10927;

(6) All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

(7) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and

Statements of Financial Affairs;

(8) A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administrative of the chapter X cases of AGUA VIVA RANCH, LLC and TEXAS STAR LAND WORKS, LLC; the docket in the chapter 11 case of AGUA VIVA RANCH, LLC, 25-10927 should be consulted for all matters affecting this case;*

(9) Debtor shall file a master service list in AGUA VIVA RANCH, LLC, CASE NO. 25-10927 which includes all creditors, persons filing Notices of Appearances, and all parties- in-interest in all the debtor's jointly administered cases for future noticing requirements; and

(10) This order shall be served by the debtor on interested parties and all parties included on the master service list.

# # #

Order submitted by:

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTORS

**EXHIBIT A**
**JOINTLY ADMINISTERED CASES CAPTION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| AGUA VIVA RANCH, LLC, | § § | LEAD CASE NO. 25-10927 |
| TEXAS STAR LAND WORKS, LLC, | § § | SECOND CASE NO. 25-10160 |
| Jointly Administered Debtors. | § § § | CHAPTER 11 (Jointly Administered Under 25-10927) |