**Fill in this information to identify the case:**

Debtor Name __Texas Star Land Works, LLC__

United States Bankruptcy Court for the: Western District of Texas

Case number: __25-10928__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: __September 2025__

Date report filed: _____  MM / DD / YYYY

Line of business: __excavation__

NAISC code: __238910__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Jeremy Curry

Original signature of responsible party  _[signature]_

Printed name of responsible party    Jeremy Curry

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 172,384.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 154,272.98

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 222,156.24

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -67,883.26

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 104,500.74

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                $ __85,595.38__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    6

27. What is the number of employees as of the date of this monthly report?       4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                          $ __5,000.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    15,000    $ _____

30. How much have you paid this month in other professional fees?                          $ __650.00__

31. How much have you paid in total other professional fees since filing the case?                          $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 264,111.00 | − | $ 154,272.98 | = | $ 109,838.02 |
| 33. **Cash disbursements** | $ 228,666.00 | − | $ 222,156.24 | = | $ 6,509.76 |
| 34. **Net cash flow** | $ 35,445.00 | − | $ -67,883.26 | = | $ -32,438.26 |

35. Total projected cash receipts for the next month:                          $ 211,832.59

36. Total projected cash disbursements for the next month:                    - $ 153,842.13

37. Total projected net cash flow for the next month:                          = $ 57,990.46

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.



**R**Bank
3600 E Palm Valley Blvd.
Round Rock Texas 78665

**ADDRESS SERVICE REQUESTED**

TEXAS STAR LAND WORKS LLC
11201 COUNTY ROAD 210
BERTRAM TX 78605-2010

### Managing Your Accounts

| | | |
|---|---|---|
| 🖥 | Website | www.r.bank |
| 👤 | Contact Us | 1-844-722-6589 |
| ✉ | Mailing Address | 3600 E. Palm Valley Blvd. Round Rock, TX 78665 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMART BUSINESS CHECKING | ▮5281 | $957.54 |

## SMART BUSINESS CHECKING - ▮5281
## "PAYROLL ACCOUNT"

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 08/30/2025 | **Beginning Balance** | **$1,693.40** | Average Ledger Balance | $2,768.48 |
| | 6 Credit(s) This Period | $32,570.00 | Average Available Balance | $2,768.48 |
| | 15 Debit(s) This Period | $33,305.86 | | |
| 09/30/2025 | **Ending Balance** | **$957.54** | | |
| | Service Charges | $10.00 | | |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/08/2025 | R Bank Internet Transfer From XXXXX5288 on 9/05 19:39 | $1,000.00 |
| 09/08/2025 | R Bank Internet Transfer From XXXXX5288 on 9/08 12:57 | $8,800.00 |
| 09/12/2025 | R Bank Internet Transfer From XXXXX5288 on 9/12 13:34 | $1,400.00 |
| 09/17/2025 | R Bank Internet Transfer From XXXXX5288 on 9/17 8:14 | $4,000.00 |
| 09/17/2025 | R Bank Internet Transfer From XXXXX5288 on 9/17 14:55 | $4,070.00 |
| 09/22/2025 | R Bank Internet Transfer From XXXXX5288 on 9/22 11:07 | $13,300.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/03/2025 | GUSTO FEE 047503 6semk5o5i3l | $123.66 |
| 09/09/2025 | GUSTO TAX 281814 6semk5qj7ol | $1,363.88 |
| 09/09/2025 | GUSTO CND 277669 6semk5qmjfa | $2,145.90 |
| 09/09/2025 | GUSTO NET 274645 6semk5qj7ok | $5,090.54 |
| 09/23/2025 | GUSTO CND 771467 6semk5v9e4e | $1,357.00 |
| 09/23/2025 | GUSTO CND 771467 6semk5v9e4f | $1,522.60 |
| 09/23/2025 | GUSTO TAX 772820 6semk5v6177 | $2,790.36 |
| 09/23/2025 | GUSTO NET 772168 6semk5v6176 | $7,629.35 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/30/2025 | SERVICE CHARGE | $10.00 |



EQUAL HOUSING LENDER

Member FDIC

# THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

WITHDRAWALS OUTSTANDING
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

## BEFORE YOU START —

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances
2. Credit memos
3. Other automatic deposits
4. Interest paid

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:
1. Automatic loan payments
2. Automatic savings transfers
3. Service charges
4. Debit memos
5. Other automatic deductions and payments

BANK BALANCE SHOWN
ON THIS STATEMENT        $ _____

ADD
DEPOSITS NOT SHOWN       $ _____
ON THIS STATEMENT
(IF ANY)                   _____

TOTAL    $ _____

SUBTRACT —
WITHDRAWALS
OUTSTANDING              $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR REGISTER
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please call or write us at the phone number or address on the front side of this statement as soon as you can if you think your statement of receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days (or 20 business days for point of sale or foreign initiated transactions) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

## LINE OF CREDIT INFORMATION
### (Disregard if you do not have a Line of Credit)
#### HOW FINANCE CHARGES ARE COMPUTED

DAILY BALANCE METHOD (including current transactions)

To get daily balances, we take the beginning balance of your account each day, add any new loans and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period (excluding the last statement date but including the current statement date) by the appropriate daily periodic rates. We then add up all of these daily finance charges to get your total finance charge. Daily periodic rates may vary.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, send your inquiry, in writing, on a separate sheet to the address shown on your statement as soon as possible. We must hear from you no later than 60 days after the bill was mailed to you. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information
1. Your name and account number
2. The dollar amount of the suspected error, and
3. A description of the error and why (to the extent you can explain) you believe it is an error. If you need more information, describe the item you are unsure about.

If you have authorized the Bank to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that the Bank receives it three (3) business days before the payment is scheduled to occur.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Bank is resolving the dispute. During that same time, the Bank may not take action to collect disputed amounts or report disputed amounts as delinquent.

## SMART BUSINESS CHECKING - ███ 281 (continued)
## "PAYROLL ACCOUNT"

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1019 | 09/02/2025 | $750.00 | 1022 | 09/15/2025 | $1,400.00 |
| 1020 | 09/10/2025 | $925.00 | 1023 | 09/22/2025 | $3,977.57 |
| 1021 | 09/11/2025 | $150.00 | 1024 | 09/19/2025 | $4,070.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/02/2025 | $943.40 | 09/11/2025 | $944.42 | 09/22/2025 | $14,266.85 |
| 09/03/2025 | $819.74 | 09/12/2025 | $2,344.42 | 09/23/2025 | $967.54 |
| 09/08/2025 | $10,619.74 | 09/15/2025 | $944.42 | 09/30/2025 | $957.54 |
| 09/09/2025 | $2,019.42 | 09/17/2025 | $9,014.42 | | |
| 09/10/2025 | $1,094.42 | 09/19/2025 | $4,944.42 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $70.00 |
| **Total Returned Item Fees** | $0.00 | $105.00 |



| | | |
|---|---|---|
| #1019 | 09/02/2025 | $750.00 |
| #1020 | 09/10/2025 | $925.00 |
| #1021 | 09/11/2025 | $150.00 |
| #1022 | 09/15/2025 | $1,400.00 |
| #1023 | 09/22/2025 | $3,977.57 |
| #1024 | 09/19/2025 | $4,070.00 |

The Image for this Item could not be located



3600 E Palm Valley Blvd.
Round Rock Texas 78665

**ADDRESS SERVICE REQUESTED**

TEXAS STAR LAND WORKS LLC
11201 COUNTY ROAD 210
BERTRAM TX 78605-2010

## Managing Your Accounts

| | | |
|---|---|---|
|  | Website | www.r.bank |
| | Contact Us | 1-844-722-6589 |
|  | Mailing Address | 3600 E. Palm Valley Blvd. Round Rock, TX 78665 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMART BUSINESS CHECKING | ███288 | $113,053.09 |

# SMART BUSINESS CHECKING - ███288
## "BONUS ACCOUNT"

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/30/2025 | **Beginning Balance** | **$180,936.35** |
| | 5 Credit(s) This Period | $154,272.98 |
| | 51 Debit(s) This Period | $222,156.24 |
| 09/30/2025 | **Ending Balance** | **$113,053.09** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/15/2025 | DEPOSIT | $27,837.80 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 09/03/2025 | INTUIT 12223753 DEPOSIT 524771992274391 | $600.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/10/2025 | Incoming Wire LEARY FAMILY RANCH LLC | $24,580.00 |
| 09/16/2025 | Incoming Wire TURNER S/P JIM L | $60,676.18 |
| 09/29/2025 | Incoming Wire KJ3 ENTERPRISES LLC | $40,579.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/02/2025 | NEXT INSUR GEN L NEXT INSUR ST-A5G3K9W3L3I8 | $1,627.49 |
| 09/04/2025 | INTUIT 24246463 TRAN FEE 524771992274391 | $12.97 |
| 09/04/2025 | FIFTH THIRD BANK WEB PAY 747809022025 | $764.31 |
| 09/04/2025 | AN98MLDPWD RAMP STATEMENT NTE* ZZZ* PAYMENT S2439438\ | $1,348.48 |
| 09/04/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/03 18:48 | $2,500.00 |
| 09/04/2025 | Recur Payment 09/03 CA SAN FRANCISCO AFFIRM.COM PAYM 12 SEQ# 853219 2763 | $1,745.09 |
| 09/08/2025 | R Bank Internet Transfer To XXXXXX5281 on 9/05 19:39 | $1,000.00 |
| 09/08/2025 | R Bank Internet Transfer To XXXXXX5281 on 9/08 12:57 | $8,800.00 |
| 09/09/2025 | Signature POS Debit 09/08 TX LIBERTY HILL THE UPS STORE 7 9 SEQ# 193432 2763 | $29.93 |



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**WITHDRAWALS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

### BEFORE YOU START —

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances
2. Credit memos
3. Other automatic deposits
4. Interest paid

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:
1. Automatic loan payments
2. Automatic savings transfers
3. Service charges
4. Debit memos
5. Other automatic deductions and payments

BANK BALANCE SHOWN ON THIS STATEMENT   $ _____

**ADD**
DEPOSITS NOT SHOWN ON THIS STATEMENT   $ _____
*(IF ANY)*   _____

**TOTAL**   $ _____

**SUBTRACT —**
WITHDRAWALS OUTSTANDING   $ _____

**BALANCE**   $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please call or write us at the phone number or address on the front side of this statement as soon as you can if you think your statement of receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days (or 20 business days for point of sale or foreign initiated transactions) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

## LINE OF CREDIT INFORMATION
### (Disregard if you do not have a Line of Credit)
#### HOW FINANCE CHARGES ARE COMPUTED

DAILY BALANCE METHOD (including current transactions)

To get daily balances, we take the beginning balance of your account each day, add any new loans and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period (excluding the last statement date but including the current statement date) by the appropriate daily periodic rates. We then add up all of these daily finance charges to get your total finance charge. Daily periodic rates may vary.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, send your inquiry, in writing, on a separate sheet to the address shown on your statement as soon as possible. We must hear from you no later than 60 days after the bill was mailed to you. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information

1. Your name and account number
2. The dollar amount of the suspected error, and
3. A description of the error and why (to the extent you can explain) you believe it is an error. If you need more information, describe the item you are unsure about.

If you have authorized the Bank to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that the Bank receives it three (3) business days before the payment is scheduled to occur.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Bank is resolving the dispute. During that same time, the Bank may not take action to collect disputed amounts or report disputed amounts as delinquent.

# SMART BUSINESS CHECKING - ███████288 (continued)
## "BONUS ACCOUNT"

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/2025 | WEX INC FLEET DEBI 9100014142816 | $2,633.02 |
| 09/11/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/10 18:04 | $7,000.00 |
| 09/11/2025 | R Bank Internet Transfer To XXXXXX4176 on 9/11 11:53 | $12,339.64 |
| 09/12/2025 | R Bank Internet Transfer To XXXXXX5281 on 9/12 13:34 | $1,400.00 |
| 09/15/2025 | YQS63FLRSH RAMP STATEMENT NTE* ZZZ* PAYMENT S2462779\ | $1,928.77 |
| 09/15/2025 | Signature POS Debit 09/12 TX CARROLLTON BURNET COUNTY T S SEQ# 685660 2763 | $2.00 |
| 09/15/2025 | Signature POS Debit 09/12 TX MASON MASON FEED STOR SEQ# 453467 2763 | $32.33 |
| 09/15/2025 | Pinned POS Debit 09/14 TX BERTRAM Bertram Hardwar SEQ# 746779 2763 | $34.36 |
| 09/15/2025 | Signature POS Debit 09/12 TX BURNET BURNET COUNTY T SEQ# 676991 2763 | $75.50 |
| 09/16/2025 | 9YJ6GRUXK4 RAMP STATEMENT NTE* ZZZ* PAYMENT S2466615\ | $622.59 |
| 09/16/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/15 18:47 | $3,000.00 |
| 09/16/2025 | Pinned POS Debit 09/16 TX GEORGETOWN ACADEMY SPORTS AV SEQ# 030973 2763 | $324.72 |
| 09/17/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/17 11:56 | $3,500.00 |
| 09/17/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/17 11:54 | $3,900.00 |
| 09/17/2025 | R Bank Internet Transfer To XXXXXX5281 on 9/17 8:14 | $4,000.00 |
| 09/17/2025 | R Bank Internet Transfer To XXXXXX5281 on 9/17 14:55 | $4,070.00 |
| 09/17/2025 | Pinned POS Debit 09/17 TX LIBERTY HILL O'REILLY 6120 SEQ# 017006 2763 | $35.71 |
| 09/17/2025 | Pinned POS Debit 09/17 TX LIBERTY HILL Velocity Tire SEQ# 558204 2763 | $1,767.65 |
| 09/18/2025 | Signature POS Debit 09/17 TX LIBERTY HILL BRAKES PLUS 351 A SEQ# 279519 2763 | $510.21 |
| 09/22/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/22 8:52 | $5,000.00 |
| 09/22/2025 | R Bank Internet Transfer To XXXXXX5281 on 9/22 11:07 | $13,300.00 |
| 09/23/2025 | VFDHURYYWG RAMP STATEMENT NTE* ZZZ* PAYMENT S2489461\ | $1,585.29 |
| 09/23/2025 | Signature POS Debit 09/22 TX ROUND MOUNTAI EWING IRRIGATIO DG SEQ# 260961 2763 | $1,315.32 |
| 09/24/2025 | VISTAGE PAYABLES 3918827 | $1,855.00 |
| 09/24/2025 | Signature POS Debit 09/23 TX ROCKSPRINGS COUNTRY BOYS FE SEQ# 488764 2763 | $220.56 |
| 09/25/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/25 7:07 | $2,000.00 |
| 09/29/2025 | R Bank Internet Transfer To XXXXXX5309 on 9/27 17:33 | $2,000.00 |
| 09/30/2025 | NEXT INSUR GEN L NEXT INSUR ST-D4H2I3H5E0U5 | $1,627.49 |
| 09/30/2025 | J4FVT3BR8H RAMP STATEMENT NTE* ZZZ* PAYMENT S2508538\ | $1,876.44 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/04/2025 | Outgoing Wire ETM POND LINERS LLC | $14,322.80 |
| 09/04/2025 | Outgoing Domestic Wire Fee 40674 | $25.00 |
| 09/11/2025 | Outgoing Wire RURAL POWER SYSTEMS INC | $14,637.67 |
| 09/11/2025 | Outgoing Domestic Wire Fee 40830 | $25.00 |
| 09/15/2025 | Outgoing Wire ZAXIS FINANCIAL SERVICES | $2,000.00 |
| 09/15/2025 | Outgoing Wire ETM POND LINERS LLC | $24,989.90 |
| 09/15/2025 | Outgoing Domestic Wire Fee 40888 | $25.00 |
| 09/15/2025 | Outgoing Domestic Wire Fee 40889 | $25.00 |
| 09/22/2025 | Outgoing Wire 1 SK RANCH SERVICES, INC | $65,160.00 |
| 09/22/2025 | Outgoing Domestic Wire Fee 41022 | $25.00 |
| 09/23/2025 | Outgoing Wire CATEPILLAR FINANCIAL SERVICES CORP | $2,500.00 |
| 09/23/2025 | Outgoing Domestic Wire Fee 41066 | $25.00 |

### Checks Cleared

| Check Nbr | Date | Amount |
|-----------|------|--------|
| 9000 | 09/02/2025 | $2,611.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/02/2025 | $176,697.86 | 09/09/2025 | $146,749.28 | 09/15/2025 | $132,018.89 |
| 09/03/2025 | $177,297.86 | 09/10/2025 | $171,329.28 | 09/16/2025 | $188,747.76 |
| 09/04/2025 | $156,579.21 | 09/11/2025 | $134,693.95 | 09/17/2025 | $171,474.40 |
| 09/08/2025 | $146,779.21 | 09/12/2025 | $133,293.95 | 09/18/2025 | $170,964.19 |

## SMART BUSINESS CHECKING - ████ 288 (continued)
## "BONUS ACCOUNT"

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09/22/2025 | $87,479.19 | 09/24/2025 | $79,978.02 | 09/29/2025 | $116,557.02 |
| 09/23/2025 | $82,053.58 | 09/25/2025 | $77,978.02 | 09/30/2025 | $113,053.09 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|:---:|:---:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



**#0000          09/15/2025          $27,837.80**



**#9000          09/02/2025          $2,611.00**

This page left intentionally blank

| Account Number | Post Date | Check | Description | Debit | Credit | Status |
|---|---|---|---|---|---|---|
| 1165288 | 09/29/2025 | | Incoming Wire KJ3 ENTERPRISES LLC | | 40579.00 | Posted |
| 1165288 | 09/16/2025 | | Incoming Wire TURNER S/P  JIM L | | 60676.18 | Posted |
| 1165288 | 09/15/2025 | | DEPOSIT | | 27837.80 | Posted |
| 1165288 | 09/10/2025 | | Incoming Wire LEARY FAMILY RANCH LLC | | 24580.00 | Posted |
| 1165288 | 09/03/2025 | | INTUIT 12223753 DEPOSIT 5247719922743 | | 600.00 | Posted |
| | | | | | 154272.98 | |

| Account Number | Post Date | Check | Description | Debit | Credit | Status |
|---|---|---|---|---|---|---|
| 1165288 | 9/30/2025 | | J4FVT3BR8H RAMP STATEMENT NTE*ZZZ*PAYMENT S2508538\ | 1876.44 | | Posted |
| 1165288 | 9/30/2025 | | NEXT INSUR GEN L NEXT INSUR ST-D4H2I3H5E0U5 | 1627.49 | | Posted |
| 1165288 | 9/29/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/27 17:33 | 2000 | | Posted |
| 1165288 | 9/25/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/25 7:07 | 2000 | | Posted |
| 1165288 | 9/24/2025 | | Signature POS Debit 09/23 TX ROCKSPRINGS COUNTRY BOYS FE SEQ# 488764 2763 | 220.56 | | Posted |
| 1165288 | 9/24/2025 | | VISTAGE PAYABLES 3918827 | 1855 | | Posted |
| 1165288 | 9/23/2025 | | Outgoing Domestic Wire Fee 41066 | 25 | | Posted |
| 1165288 | 9/23/2025 | | Signature POS Debit 09/22 TX ROUND MOUNTAI EWING IRRIGATIO DG SEQ# 260961 2763 | 1315.32 | | Posted |
| 1165288 | 9/23/2025 | | VFDHURYYWG RAMP STATEMENT NTE*ZZZ*PAYMENT S2489461\ | 1585.29 | | Posted |
| 1165288 | 9/23/2025 | | Outgoing Wire CATEPILLAR FINANCIAL SERVICES CORP | 2500 | | Posted |
| 1165288 | 9/22/2025 | | Outgoing Domestic Wire Fee 41022 | 25 | | Posted |
| 1165288 | 9/22/2025 | | R Bank Internet Transfer To XXXXX5281 on 9/22 11:07 | 13300 | | Posted |
| 1165288 | 9/22/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/22 8:52 | 5000 | | Posted |
| 1165288 | 9/22/2025 | | Outgoing Wire 1 SK RANCH SERVICES, INC | 65160 | | Posted |
| 1165288 | 9/18/2025 | | Signature POS Debit 09/17 TX LIBERTY HILL BRAKES PLUS 351 A SEQ# 279519 2763 | 510.21 | | Posted |
| 1165288 | 9/17/2025 | | Pinned POS Debit 09/17 TX LIBERTY HILL Velocity Tire SEQ# 558204 2763 | 1767.65 | | Posted |
| 1165288 | 9/17/2025 | | Pinned POS Debit 09/17 TX LIBERTY HILL O'REILLY 6120 SEQ# 017006 2763 | 35.71 | | Posted |
| 1165288 | 9/17/2025 | | R Bank Internet Transfer To XXXXX5281 on 9/17 14:55 | 4070 | | Posted |
| 1165288 | 9/17/2025 | | R Bank Internet Transfer To XXXXX5281 on 9/17 8:14 | 4000 | | Posted |
| 1165288 | 9/17/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/17 11:54 | 3900 | | Posted |
| 1165288 | 9/17/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/17 11:56 | 3500 | | Posted |
| 1165288 | 9/16/2025 | | Pinned POS Debit 09/16 TX GEORGETOWN ACADEMY SPORTS AV SEQ# 030973 2763 | 324.72 | | Posted |
| 1165288 | 9/16/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/15 18:47 | 3000 | | Posted |
| 1165288 | 9/16/2025 | | 9YJ6GRUXK4 RAMP STATEMENT NTE*ZZZ*PAYMENT S2466615\ | 622.59 | | Posted |
| 1165288 | 9/15/2025 | | Outgoing Domestic Wire Fee 40889 | 25 | | Posted |
| 1165288 | 9/15/2025 | | Outgoing Domestic Wire Fee 40888 | 25 | | Posted |
| 1165288 | 9/15/2025 | | Signature POS Debit 09/12 TX BURNET BURNET COUNTY T SEQ# 676991 2763 | 75.5 | | Posted |
| 1165288 | 9/15/2025 | | Pinned POS Debit 09/14 TX BERTRAM Bertram Hardwar SEQ# 746779 2763 | 34.36 | | Posted |
| 1165288 | 9/15/2025 | | Signature POS Debit 09/12 TX MASON MASON FEED STOR SEQ# 453467 2763 | 32.33 | | Posted |
| 1165288 | 9/15/2025 | | Signature POS Debit 09/12 TX CARROLLTON BURNET COUNTY T S SEQ# 685660 2763 | 2 | | Posted |
| 1165288 | 9/15/2025 | | YQS63FLRSH RAMP STATEMENT NTE*ZZZ*PAYMENT S2462779\ | 1928.77 | | Posted |
| 1165288 | 9/15/2025 | | Outgoing Wire ETM POND LINERS LLC | 24989.9 | | Posted |
| 1165288 | 9/15/2025 | | Outgoing Wire ZAXIS FINANCIAL SERVICES | 2000 | | Posted |
| 1165288 | 9/12/2025 | | R Bank Internet Transfer To XXXXX5281 on 9/12 13:34 | 1400 | | Posted |
| 1165288 | 9/11/2025 | | Outgoing Domestic Wire Fee 40830 | 25 | | Posted |
| 1165288 | 9/11/2025 | | R Bank Internet Transfer To XXXXX4176 on 9/11 11:53 | 12339.64 | | Posted |
| 1165288 | 9/11/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/10 18:04 | 7000 | | Posted |
| 1165288 | 9/11/2025 | | WEX INC FLEET DEBI 9100014142816 | 2633.02 | | Posted |
| 1165288 | 9/11/2025 | | Outgoing Wire RURAL POWER SYSTEMS INC | 14637.67 | | Posted |
| 1165288 | 9/9/2025 | | Signature POS Debit 09/08 TX LIBERTY HILL THE UPS STORE 7 9 SEQ# 193432 2763 | 29.93 | | Posted |
| 1165288 | 9/8/2025 | | R Bank Internet Transfer To XXXXX5281 on 9/08 12:57 | 8800 | | Posted |
| 1165288 | 9/8/2025 | | R Bank Internet Transfer To XXXXX5281 on 9/05 19:39 | 1000 | | Posted |
| 1165288 | 9/4/2025 | | Outgoing Domestic Wire Fee 40674 | 25 | | Posted |
| 1165288 | 9/4/2025 | | Recur Payment 09/03 CA SAN FRANCISCO AFFIRM.COM PAYM 12 SEQ# 853219 2763 | 1745.09 | | Posted |
| 1165288 | 9/4/2025 | | R Bank Internet Transfer To XXXXX5309 on 9/03 18:48 | 2500 | | Posted |
| 1165288 | 9/4/2025 | | AN98MLDPWD RAMP STATEMENT NTE*ZZZ*PAYMENT S2439438\ | 1348.48 | | Posted |
| 1165288 | 9/4/2025 | | FIFTH THIRD BANK WEB PAY 747809022025 | 764.31 | | Posted |
| 1165288 | 9/4/2025 | | INTUIT 24246463 TRAN FEE 5247719922774391 | 12.97 | | Posted |
| 1165288 | 9/4/2025 | | Outgoing Wire ETM POND LINERS LLC | 14322.8 | | Posted |
| 1165288 | 9/2/2025 | 9000 | DDA WITHDRAWAL | 2611 | | Posted |
| 1165288 | 9/2/2025 | | NEXT INSUR GEN L NEXT INSUR ST-A5G3K9W3L3I8 | 1627.49 | | Posted |

| | | |
|---|---|---|
| Turner Lake | $60,767.21 | 10/22/25 |
| Turner Well | $24,828.17 | 10/22/25 |
| Cavin Pond | $46,396.35 | 10/22/25 |
| Blue Pond | $47,580.70 | 10/17/2025 |
| Alleguard | $32,260.16 | 10/25/25 |
| | $211,832.59 | |